NOTE. The same question was involved in a case from Somerset county.

PHILANDER WILSON *vs.* SAMUEL BUNKER.

*A. H. Ware,* for the plaintiff.

*D. D. Stewart,* for the defendant.

PER CURIAM. A debt contracted before, upon which a judgment was obtained after, the passage of the insolvent law, is not discharged by a release of the debtor under that law. If for no other reason, such an effect would be a violation of that clause in the federal constitution which prohibits the several states from passing laws violating the obligation of contracts as interpreted by the federal courts. See *Ross* v. *Tozier,* lately decided in Kennebec county.